UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HASSANNA GRIER,

    Plaintiff,

v.                                            CASE NO. 8:25-cv-2318-SDM-AEP

TAMPA INN et al.,

    Defendant.
_____/

**ORDER**

    Attempting to appear *pro se*, Hassana Grier sues (Doc. 1) the Tampa Inn and Tampa Police Department without pre-paying the filing fee. In a well-reasoned report, the magistrate judge recommends (Doc. 3) denying the motion to proceed *in forma pauperis*, dismissing the action without prejudice, and directing the plaintiff — no later than thirty days after this order — either (1) to pay the filing fee or (2) to amend the complaint to state cognizable claims against a proper defendant and to move again to proceed *in forma pauperis*. No objection appears. The report and recommendation is **ADOPTED**. The motion to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**. For the reasons stated in the report and recommendation, the action is **DISMISSED WITHOUT PREJUDICE**.

    The plaintiff is **DIRECTED** to, no later than thirty days after this order, either (1) to pay the filing fee, or (2) to amend the complaint to state cognizable claims

- 2 -

against a proper defendant and to move again to proceed *in forma pauperis*. The clerk must close the case.

ORDERED in Tampa, Florida, on December 8, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE